FILED

01/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0230

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0230

_____

DEPOSITORS INSURANCE COMPANY,

      Plaintiff and Appellee,

and SARA THARP,

      Plaintiff and Cross-Appellant,          O R D E R

  v.

PATRICK SANDIDGE,

      Defendant and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 19 2022